IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DERYKE M. PFEIFER, SR.,        )
                                 )
     Plaintiff,             )
                                 )
v.                             )      CASE NO. 1:20-CV-764-WKW
                               )            [WO]
UNITED STATES OF AMERICA,   )
                               )
     Defendant.            )

## ORDER

On June 21, 2022, the Magistrate Judge filed a Recommendation (Doc. # 59), recommending dismissal of this action and ordering that any objections be filed by July 5, 2022.  On July 25, 2022, an objection was received from Plaintiff purporting to have been placed in the mail on July 5, 2022.

Having conducted a *de novo* review of the record, the court concludes that the Magistrate Judge's recommendation is correct.  All defendants are entitled to immunity.  Plaintiff's objection fails to address immunity whatsoever and provides no reasons sufficient to avoid dismissal.

It is therefore ORDERED:

1.     Plaintiff's objection (Doc. # 60) is OVERRULED;

2.     The Recommendation (Doc. # 59) is ADOPTED; and

3.     This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 29th day of July, 2022.

<u>      /s/   W. Keith Watkins      </u>
UNITED STATES DISTRICT JUDGE