IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERYKE M. PFEIFER, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:20-CV-764-WKW ) [WO] |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## ORDER

On June 21, 2022, the Magistrate Judge filed a Recommendation (Doc. # 59), recommending dismissal of this action and ordering that any objections be filed by July 5, 2022. On July 25, 2022, an objection was received from Plaintiff purporting to have been placed in the mail on July 5, 2022. (Doc. # 60.) On July 29, 2022, the court overruled the objection, adopted the recommendation, and dismissed the case. (Docs. # 61, 62.)

On August 3, 2022, the court received a second objection, also purporting to have been placed in the mail on July 5, 2022. (Doc. # 63.)

Having read both objections and having conducted a *de novo* review of the record, the court concludes that the Magistrate Judge's recommendation is correct. All defendants are entitled to immunity. Both objections fail to address immunity and provide no reasons sufficient to avoid dismissal.

It is therefore ORDERED:

1. The Order (Doc. # 61) and Final Judgment (Doc. # 62) entered on July 29, 2022 are VACATED;

2. Plaintiff's objections (Docs. # 60, 63) are OVERRULED;

3. The Recommendation (Doc. # 59) is ADOPTED; and

4. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 8th day of August, 2022.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE